# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 24-7154** **September Term, 2026**

**1:23-cv-03796-APM**

**Filed On: October 6, 2026** [2196606]

Cheryl Walker,

Appellee

v.

Uber Technologies, Inc., et al.,

Appellants

**M A N D A T E**

In accordance with the judgment of August 28, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed August 28, 2026